# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DENNIS DICKERSON

NO. 2021 KW 0246

**APRIL 26, 2021**

---

In Re:   Dennis Dickerson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 458,871.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

> **JMG**
> **PMc**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT